JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH L. E., | CASE NO. CV 22-3924 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and this matter is remanded for reconsideration of Dr. Jordan's opinions in the unadjudicated period.

DATED: July 3, 2023

_____
ALICIA G. ROSENBERG
United States Magistrate Judge